IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | No. CR20-4066-LTS-KEM |
| v. | ) | |
| DONALD FRANKLIN TROSIN, | ) | **DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL (UNRESISTED)** |
| Defendant. | ) | |

COMES NOW, Defendant Donald Franklin Trosin, to move to continue his trial. In support, counsel states:

1. The trial for Mr. Trosin is scheduled for November 2, 2020. There have not been any prior continuances.

2. Mr. Trosin would benefit from a trial continuance to review discovery, discuss strategy and plea options, engage in plea negotiations, and prepare for any trial.

3. AUSA Vavricek does not resist this motion.

WHEREFORE, Mr. Trosin asks the Court for a continuance to the **December 2020** trial setting.

Respectfully submitted,

FEDERAL DEFENDER'S OFFICE
701 Pierce Street, Suite 400
Sioux City, Iowa   51101
Telephone:   712-252-4158
E-mail:   Timothy_Herschberger@fd.org

By:   /s/ Tim Herschberger
TIM HERSCHBERGER
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on October 7, 2020, I filed this document via ECF, which will serve notice of its filing to AUSA Vavricek.

/s/ Geralynn Fjeldheim