# UNITED STATES DISTRICT COURT
for the

Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br>Donald Franklin Trosin<br><br>*Defendant* | )<br>)<br>) Case No. 20-CR-4066-LTS-KEM<br>)<br>)<br>)<br>) |

**RECEIVED**
By US Marshals N/IA at 3:39 pm, Sep 17, 2020

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Donald Franklin Trosin,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☑ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See Sealed Report of Defendant Under Pretrial Supervision

Date: 09/17/2020

*Issuing officer's signature*

City and state: Sioux City, Iowa      Kelly K.E. Mahoney, U.S. Chief Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 09/17/2020, and the person was arrested on *(date)* 10/23/2020
at *(city and state)* Federal Building Sioux City.

Date: 10/23/2020

Lanae Minten   US Marshals N/IA
*Arresting officer's signature*

LANAE MINTEN
Digitally signed by LANAE MINTEN
Date: 2020.10.23 11:19:12 -05'00'
*Printed name and title*