IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | No. 20-CR-4066-LTS |
| vs. | ) ) ) | **JOINT STIPULATION IN LIEU** |
| DONALD FRANKLIN TROSIN, | ) ) | **OF HEARING** |
| Defendant. | ) | |

1. Defendant admits the no contact order violation set forth in the report on defendant under pretrial supervision (docket no. 33). Specifically, defendant admits he had contact with A.K. on September 14, 2020, as alleged in that report.

2. Defendant acknowledges he shall have no contact with A.K., or any other witness and/or victim in this case.

3. The parties agree defendant should be released on the same terms and conditions as previously set forth in the appearance bond and order setting conditions of release (docket no. 12).

Respectfully Submitted,

| | |
|---|---|
| PETER E. DEEGAN, JR.<br>United States Attorney | DONALD FRANKLIN TROSIN<br>Defendant |
| By: */s/ Timothy L. Vavricek* | By: */s/ Tim Herschberger* |
| TIMOTHY L. VAVRICEK<br>Assistant United States Attorney | TIM HERSCHBERGER<br>ATTORNEY FOR DEFENDANT |