```
Instrument #: 2020-01291
09/25/2020 02:29:32 PM     Total Pages: 1
QCD   QUIT CLAIM DEED
Recording Fee:   $ 12.00   Transfer Tax:   $0.00
Diann Minion, Recorder, Emmet County IA
```

**Government Exhibit 3**
Case 20-CR-4066-LTS



# QUIT CLAIM DEED

**Return To:** Michael E. Gabor, 111 North Dodge Street, Algona, IA  50511
**Taxpayer:** Jeff Trosin, [XXX] West Maple Street, Ringsted, IA  50578
**Preparer:** Michael E. Gabor, 111 North Dodge Street, Algona, IA  50511, Phone: (515) 295-3565

For the consideration of One Dollar(s) and other valuable consideration, Donald F. Trosin, a single person, does hereby Quit Claim to Jeff Trosin all his right, title, interest, estate, claim and demand in the following described real estate in Emmet County, Iowa:

Lots One (1), Two (2) and the East One-half (E½) of Lot Three (3) in Block Three (3) of Clark's Subdivision of Outlots Two (2) and Three (3) of the First Addition to Armstrong, Emmet County, Iowa.

This is a Deed between parent and child without actual consideration. Pursuant to Section 428A.2(11) of the Code of Iowa, no Declaration of Value is required and no transfer tax is due.

Each of the undersigned hereby relinquishes all rights of dower, homestead and distributive share in and to the real estate. Words and phrases herein, including acknowledgment hereof, shall be construed as in the singular or plural number, and as masculine or feminine gender, according to the context.

Dated: 9/18, 2020.

_____
Donald F. Trosin, Grantor

STATE OF MN, COUNTY OF Hennepin

This record was acknowledged before me on Sept 18, 2020 Donald F. Trosin, a single person.

ANN MARIE BORSETH
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2025

_____
Signature of Notary Public

Case 5:20-cr-04066-LTS-KEM   Document 71-4   Filed 07/06/21   Page 1 of 1