FD-302 (Rev. 5-8-10)



## FEDERAL BUREAU OF INVESTIGATION

Date of entry _____08/13/2020_____

    Donald Trosin (Trosin), phone number 712-209-▮▮▮▮, was interviewed at ▮▮▮▮ W. Maple Street, Ringsted, Iowa.  After being advised of the identity of the interviewing Agent and the nature of the interview, Trosin provided the following information:

    (Agent note: Author had been to 322 W. Maple Street, Ringsted, IA earlier in the day and spoke with an individual who identified himself as "Jeff" in a garage on the property.  Another individual, who author believed to be Trosin, was present as well but stayed obscured.  Jeff stated he did not know "Don" and would ask around.  Author later learned Jeff was Trosin's son.  Because of this interaction, author requested a uniformed presence to accompany him to the residence.  Deputy Justin Schultes, Emmet County Sheriff's Office, accompanied author.  While Schultes did not directly participate in the interview, he was present for the duration and his bodycam recorded the interaction.  The below summary is based on statements made by Trosin during the interview.  It is not intended to be a verbatim account, and does not memorialize all statements made during the interview.  The recording captures the actual words spoken.)

**Government Exhibit 4**
**Case 20-CR-4066-LTS**

Investigation on  07/31/2020  at  Ringsted, Iowa, United States (In Person)

File #  29R-OM-▮▮▮▮▮▮       Date drafted  08/03/2020

by  Brian Paul Schenkelberg

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.